IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON MORENO and DONALD O'HALLORAN, individually and as representatives of a class of similarly situated persons, and on behalf of the Deutsche Bank Matched Savings Plan,<br><br>                    *Plaintiffs*,<br><br>          v.<br><br>DEUTSCHE BANK AMERICAS HOLDING CORP., DEUTSCHE BANK MATCHED SAVINGS PLAN INVESTMENT COMMITTEE, DEUTSCHE BANK AMERICAS HOLDING CORP. EXECUTIVE COMMITTEE, RICHARD O'CONNELL, DEUTSCHE BANK AG, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC., DeAWM SERVICE COMPANY, RREEF AMERICA, LLC, and JOHN DOES 1-40,<br><br>                    *Defendants*. | Case No. 1:15-CV-09936 (LGS)<br><br>**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

      PLEASE TAKE NOTICE that Defendants Deutsche Bank Americas Holding Corp., Deutsche Bank Matched Savings Plan Investment Committee, Deutsche Bank Americas Holding Corp. Executive Committee, Richard O'Connell, Deutsche Bank AG, Deutsche Investment Management Americas Inc., DeAWM Service Company, and RREEF America, LLC (collectively, "Defendants"), by their undersigned counsel, will move this Court, on a date and time to be determined by the Court, for an Order dismissing with prejudice the First Amended Complaint for failure to file within the time period set forth by the applicable statutes of limitation and repose pursuant to ERISA § 413(2), § 1113(2) and ERISA § 413(1), 29 U.S.C. § 1113(1), for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P.

12(b)(6), and for lack of relevant ERISA fiduciary status as defined by ERISA § 3(21), 29 U.S.C. § 1002(21)(A).  In support of their Motion, Defendants rely on the Memorandum in Support of Defendants' Motion to Dismiss the First Amended Complaint and the Declaration of Jaime A. Santos in Support of Defendants' Motion to Dismiss the First Amended Complaint and the exhibits attached thereto, filed concurrently herewith.

Dated:  April 29, 2016

Respectfully Submitted,

/s/ Jamie O. Fleckner
Jamie O. Fleckner, *admitted pro hac vice*
Alison V. Douglass, *admitted pro hac vice*
Jaime A. Santos, *admitted pro hac vice*
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Richard M. Strassberg
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Jaime A. Santos  
      Jaime A. Santos