IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON MORENO, DONALD O'HALLORAN, OMKHARAN ARASARANTNAM, BAIJU GAJJAR, and RAJATH NAGARAJA, individually and as representatives of a class of similarly situated persons, and on behalf of the Deutsche Bank Matched Savings Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AMERICAS HOLDING CORP., DEUTSCHE BANK MATCHED SAVINGS PLAN INVESTMENT COMMITTEE, DEUTSCHE BANK AMERICAS HOLDING CORP. EXECUTIVE COMMITTEE, AON HEWITT INVESTMENT CONSULTING INC., RICHARD O'CONNELL, JOHN ARVANITIS, ROBERT DIBBLE, TIM DOWLING, RICHARD FERGUSON, JAMES GNALL, LOUIS JAFFE, PATRICK MCKENNA, DAVID PEARSON, JOSEPH RICE, SCOTT SIMON, ANDREW THREADGOLD, JAMES VOLKWEIN, and JOHN DOES 1-15,<br><br>*Defendants*. | Case No. 1:15-cv-9936 (LGS)<br><br>**NOTICE OF MOTION TO DISMISS THE CLAIMS AGAINST DEFENDANT AON HEWITT INVESTMENT CONSULTING, INC. IN PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER RULE 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum in Support of Defendant Aon Hewitt Investment Consulting, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Rule 12(b)(6) and the accompanying Declaration of Stuart Sarnoff with exhibits, defendant Aon Hewitt Investment Consulting, Inc. by its undersigned attorneys will and hereby does move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the claims against Aon Hewitt Investment Consulting, Inc. in the Second Amended Complaint.

Dated: February 17, 2017            Respectfully submitted,
        New York, New York

                                            /s/ Brian Boyle
                                            Brian Boyle, *admitted pro hac vice*
                                            Meaghan VerGow, *admitted pro hac vice*
                                            O'MELVENY & MYERS LLP
                                            Washington, DC 20006
                                            Telephone: 202-383-5300
                                            Facsimile: 202-383-5414
                                            bboyle@omm.com
                                            mvergow@omm.com

                                            *and*

                                            Stuart Sarnoff
                                            O'MELVENY & MYERS LLP
                                            Times Square Tower
                                            7 Times Square
                                            New York, NY  10036
                                            Telephone: 212-326-2000
                                            Facsimile: 212-326-2061
                                            ssarnoff@omm.com

                                            *Attorneys for Defendant Aon Hewitt*
                                            *Investment Consulting, Inc.*