UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                         :
   RAMON MORENO, et al.,                   :
                       Plaintiff(s),   :
                                           :
              -against-             :
                                           :
   DEUTSCHE BANK AMERICAS HOLDING     :
   CORP.,  et al.,                         :
                     Defendant(s). :
------------------------------------------------------------ X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: ___7/9/18___ |

15 Civ. 9936 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Parties informed the Court that they reached a settlement in principle on

July 8, 2018.

      It is hereby **ORDERED** that the parties shall file their motion for preliminary approval of

the class action settlement by **August 14, 2018**; it is further

      **ORDERED** that the hearing on the motion for preliminary approval will be held on

**August 21, 2018**, at **3:45 p.m**.

Dated: July 9, 2018
       New York, New York

                               LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE