UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ramon Moreno, Donald O'Halloran, Omkharan Arasaratnam, Baiju Gajjar, and Rajath Nagaraja, individually and as representatives of a class of similarly situated persons, and on behalf of the Deutsche Bank Matched Savings Plan,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Deutsche Bank Americas Holding Corp., Deutsche Bank Matched Savings Plan Investment Committee, Deutsche Bank Americas Holding Corp. Executive Committee, Richard O'Connell, John Arvanitis, Robert Dibble, Tim Dowling, Richard Ferguson, James Gnall, Louis Jaffe, Patrick McKenna, David Pearson, Joseph Rice, Scott Simon, Andrew Threadgold, and James Volkwein,<br><br>　　　　　Defendants. | Case No. 1:15-cv-09936 (LGS)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 21, 2018, before the Honorable Lorna G. Schofield, United States District Judge, in Courtroom 1106 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York, 10007, Plaintiffs' Ramon Moreno, Donald O'Halloran, Omkharan Arasaratnam, Baiju Gajjar, and Rajath Nagaraja ("Plaintiffs") will and hereby do move this Court for an Order: (1) Preliminarily approving the Parties' Class Action Settlement Agreement; (2) Approving the proposed Settlement Notices and authorizing distribution of the Notices by Analytics Consulting LLC; (3) Certifying the proposed Settlement Class; (4) Scheduling a final approval hearing; and, (5) Granting such other relief as set forth in the proposed Preliminary Approval Order submitted herewith.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order dated July 9, 2018 (ECF No. 317), and is based on this Notice of Motion and Motion, the accompanying Memorandum of Law and authorities cited herein, the Declaration of Kai Richter and exhibits attached thereto, the Declarations of Ramon Moreno, Donald O'Halloran, Omkharan Arasaratnam, Baiju Gajjar, and Rajath Nagaraja, and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion.

Dated: August 14, 2018                        Respectfully Submitted,

                                                                **NICHOLS KASTER, PLLP**

                                                                /s/ Kai H. Richter
                                                                Kai H. Richter, MN Bar No. 0296545*
                                                                Paul J. Lukas, MN Bar No. 22084X*
                                                                Jacob T. Schutz, MN Bar No. 0395648*
                                                                Carl F. Engstrom, MN Bar No. 0396298*
                                                                Michele R. Fisher, NY Bar Code # MF4600

*admitted *pro hac vice*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2018, a true and correct copy of Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: August 14, 2018                /s/ Kai H. Richter
                                                        Kai H. Richter