```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON MORENO, et al.,
                              Plaintiffs,

                -against-

DEUTSCHE BANK AMERICAS HOLDING
CORP., et al.,
                              Defendants.
------------------------------------------------------------X

15 Civ. 9936 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a preliminary approval hearing is scheduled for August 21, 2018.  It is hereby

    **ORDERED** that the preliminary approval hearing is adjourned to **September 20, 2018**, at **11:30 a.m.** due to a scheduling conflict.

Dated: August 15, 2018
       New York, New York

                                                     LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE