

Jamie O. Fleckner
+1 617 570 1153
jfleckner@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 617 570 1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2018

August 22, 2018

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re**:   *Moreno et al. v. Deutsche Bank Americas Holding Corp., et al., No. 1:15-cv-09936-LGS*

Judge Schofield:

Pursuant to Section I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases, we write to request that Your Honor adjourn the preliminary approval hearing currently scheduled for September 20, 2018 to a date the week of October 1, 2018 or to October 8th, 9th, or 10th.

By way of background, the hearing was originally scheduled for August 21, 2018. On August 15, 2018, Your Honor advised the parties that, due to a scheduling conflict, the hearing would be adjourned to September 20, 2018. ECF No. 329.

Counsel for each of the parties will be at trial on September 20, 2018, and will therefore be unable to attend the hearing as currently scheduled.

The parties have not made any previous requests to adjourn or extend the date of this hearing. We have conferred with counsel for Plaintiffs, who consent to this request for adjournment, and have informed us that the October dates are agreeable to them.

Dated:  August 22, 2018                                Respectfully Submitted,


                                                       /s/ James O. Fleckner

Application GRANTED.  The preliminary approval hearing currently scheduled for September 20, 2018, is hereby adjourned to October 4, 2018, at 11:30 a.m.
Dated: August 23, 2018
         New York, New York


                              _____
                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**

96392882



August 22, 2018
Page 2

James O. Fleckner, *admitted pro hac vice*
Alison V. Douglass, *admitted pro hac vice*
Michael K. Murray, *admitted pro hac vice*
Ashley M. Drake, *admitted pro hac vice*
Martin C. Topol, *admitted pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jfleckner@goodwinlaw.com
adouglass@goodwinlaw.com
mmurray@goodwinlaw.com
amdrake@goodwinlaw.com
mtopol@goodwinlaw.com

Richard M. Strassberg
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
rstrassberg@goodwinlaw.com

Jaime A. Santos, *admitted pro hac vice*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 200014
(202) 346-4000
jsantos@goodwinlaw.com

*Attorneys for Defendants*

cc: All counsel of record (via ECF)

96392882